# Third District Court of Appeal

## State of Florida

Opinion filed April 26, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1907
Lower Tribunal Nos. F20-2005; F20-2222

_____

**Ricky Azmoe,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Ricky Azmoe, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.